In the Matter of the Application for Letters of Administration, etc., of ESTHER ANNIE RECHTSCHAFFEN, Also Known as ESTHER FRIEDMAN, and as ANNIE FRIEDMAN, Deceased. NATHAN ZUCKER. LOUIS RECHTSCHAFFEN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

GUISEPPINA CAMARDI, Also Known as JOSEPHINE CAMARDI, v. MILDRED SEABROOK, Also Known as MILDRED LE BLANC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BENJAMIN WEINER v. LEWIS J. VALENTINE, as Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

## (January 31, 1941.)

STEPHEN CALLAGHAN and Others, as Trustees of THE PRUDENCE COMPANY, INC., Debtor in Reorganization under Section 77B of the Bankruptcy Act, Appellants, v. FRANK BAILEY and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DAVID S. McCONNELL, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY GALLETTA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANICE DEFOREST LOCKWOOD and Others, Respondents, v. WILLIAM STANLEY MILLER and Others, Appellants.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to reverse and dismiss the proceeding with respect to the supplemental assessment for the first half of the year 1939, as, in the circumstances, the court was without jurisdiction to review that assessment.

HENRIETTA HAGEN, Appellant, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of R. CHEYNE STOUT, Petitioner-Respondent, for an Order under Article 78, Civil Practice Act, against ROBERT MOSES, Commissioner of Parks, and Another, Appellants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BANK OF NEW YORK, as Trustee of the Trust Established under the Last Will and Testament of ANNA R. MORISON for the Benefit of ADA R. KAUFMAN, Plaintiff-Respondent, v. LEON D. KAUFMAN, Individually and as Executor of the Last